JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR E. SANTOS BARRERA,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA, Warden,<br><br>Respondent. | Case No. EDCV 24-1617 PA (PVC)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 27, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE